```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 16-01731-RNO
Derek Edward DiMedio                                                Chapter 13
Maria Theresa Moran
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: PRatchfor              Page 1 of 1        Date Rcvd: Sep 14, 2016
                              Form ID: pdf010              Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2016.
db         +Derek Edward DiMedio,    730 Hillcrest Road,   Hershey, PA 17033-1732
aty        +Keith J. Pappas,   176 Fayette Street,    Morgantown, WV 26505-5533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Joint Debtor Maria Theresa Moran gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Debtor Derek Edward DiMedio gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Joshua I Goldman    on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keith J. Pappas    on behalf of Creditor   United Bank, Inc. kpappaslaw@labs.net, kjp1@labs.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  
    Derek Edward DiMedio  
    and Maria Theresa Moran

CHAPTER 13  
BANKRUPTCY NO. 1:16-bk-01731

    Debtors

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

The Court has reviewed the Motion of United Bank, Inc. (the "Bank") to modify the §362 Automatic Stay with regard to the property (the "Collateral") as described in its first priority lien. Upon mature consideration, the Court has determined to grant the relief requested.

**IT IS, ACCORDINGLY, ORDERED** that:

1. The automatic stay pursuant to 11 U.S.C. §362 is hereby modified with respect to the Collateral to permit the Bank to exercise its rights under applicable non-bankruptcy law and/or the loan documents executed with respect to the loan at issue, including but not limited to, its right to consummate with the Debtors the Agreement to Transfer Property in Lieu of Foreclosure and the delivery of the Deed for the Collateral from the Debtors to the Bank in lieu of foreclosure, both documents being attached as Exhibit Nos. 3 and 4, respectively,

to the Bank's Motion;

      2.    The stay provided by Bankruptcy Rule 4001(a)(3) is hereby waived, and this Order shall be effective upon entry.

Dated: September 14, 2016

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)