UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    CHAPTER 13
    Derek Edward DiMedio               BANKRUPTCY NO. 1:16-bk-01731
    and Maria Theresa Moran

          Debtors

## CERTIFICATE OF CONCURRENCE

In accordance with Local Rule 7.1, I hereby certify that my office contacted Attorney Gary J. Imblum, counsel for the Debtors, and James K. Jones, Staff Attorney, Standing Chapter 13 Trustee, Middle District of PA, seeking their concurrence to the Motion for Relief from Automatic Stay and/or to Provide Adequate Protection filed by the undersigned counsel on the behalf of United Bank, Inc., on the 14th day of September, 2016. Attorney Imblum advised of his concurrence on the 2nd day of September, 2016, and Attorney Jones advised of his concurrence on the 13th day of September, 2016, both by formal email.

                                             **UNITED BANK, INC.,**
                                             **a West Virginia banking corporation,**
                                             **By counsel**

/s/ Keith J. Pappas_____
Keith J. Pappas, PA Bar No. 58030
176 Fayette Street
Morgantown, WV 26505
Phone Number: (304) 292-0821
Fax Number: (304) 292-0514
Email: kpappaslaw@labs.net