```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-01731-RNO
Derek Edward DiMedio                                                Chapter 13
Maria Theresa Moran
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: PRatchfor            Page 1 of 1            Date Rcvd: Sep 23, 2016
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2016.
db              +Derek Edward DiMedio,    730 Hillcrest Road,    Hershey, PA 17033-1732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 25, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Joint Debtor Maria Theresa Moran gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Debtor Derek Edward DiMedio gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Joshua I Goldman    on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keith J. Pappas    on behalf of Creditor   United Bank, Inc. kpappaslaw@labs.net,  kjp1@labs.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  
    Derek Edward DiMedio  
    and Maria Theresa Moran  

CHAPTER 13  
BANKRUPTCY NO. 1:16-bk-01731

Debtors

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon consideration of the Motion of United Bank, Inc. (the "Bank") to modify the §362 Automatic Stay with regard to the property (the "Collateral") as described in its first priority lien, it is

**ORDERED** that the Motion is GRANTED and the automatic stay of 11 U.S.C. §362 is modified with respect to the Collateral to permit the Bank to exercise its rights under applicable non-bankruptcy law and/or the loan documents, including but not limited to, its right to consummate with the Debtors the Agreement to Transfer Property in Lieu of Foreclosure and the delivery of the Deed for the Collateral from the Debtors to the Bank in lieu of foreclosure.

By the Court,

*Robert N. Opel, II*  
Robert N. Opel, II, Chief Bankruptcy Judge  
(BI)

Dated: September 23, 2016