LOCAL BANKRUPTCY FORM 2016-2(c)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
DEREK EDWARD DIMEDIO : CHAPTER 13
MARIA THERESA MORAN :
: CASE NO. 1 - 16 -bk- 01731-RNO
:
:
Debtor(s) :

## REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | | |
|---|---|---|
| A. Presumptively reasonable fees under L.B.R. 2016-2(c) | | |
| 1. Amount agreed to by debtor | $ | |
| 2. Less amount paid to attorney prior to filing petition | $ | |
| 3. Balance of compensation to be paid through plan distributions | $ | 0.00 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ | |

| | | |
|---|---|---|
| B. Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | | |
| 1. Retainer received | $ | 1,508.00 |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | $ | 1,090.00 |
| 3. Expenses reimbursed prepetition | $ | 418.00 |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | $ | 0.00 |
| 5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | $ | 8,732.59 |

| | | |
|---|---|---|
| C. The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ | 8,732.59 |

Dated: 11/14/2016

_____
Attorney for Debtor

*Fees and costs through October 19, 2016. A fee application was filed October 31, 2016.

Case 1:16-bk-01731-RNO    Doc 41    Filed 11/14/16    Entered 11/14/16 12:49:43    Desc
Main Document    Page 1 of 1