LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Derek Edward DiMedio
Maria Theresa Moran

CHAPTER 13

CASE NO. 1-16-bk-01731

**Debtor(s)**
Derek Edward DiMedio
Maria Theresa Moran

ADVERSARY NO. __-__ ap-_____
(if applicable)

**Plaintiff(s)/Movant(s)**
vs.
Charles J. DeHart, III (Trustee)

Nature of Proceeding: Motion to Modify

Confirmed Plan

**Defendant(s)/Respondent(s)**

Document #: 46, 48 & 49

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Documents are being exchanged and negotiations are ensuing.

Request for continuation for 30 days.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 7/24/17

Attorney for Debtors
Name: Gary J. Imblum
Phone Number: 717-238-5250 ext. 103

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.