```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 16-01731-RNO
Derek Edward DiMedio                                                Chapter 13
Maria Theresa Moran
         Debtors
                               CERTIFICATE OF NOTICE
District/off: 0314-1         User: PRatchfor         Page 1 of 1         Date Rcvd: Sep 06, 2017
                             Form ID: pdf010         Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2017.
```
db/jdb       +Derek Edward DiMedio,   Maria Theresa Moran,   730 Hillcrest Road,   Hershey, PA 17033-1732
aty          +Keith J. Pappas,   176 Fayette Street,    Morgantown, WV 26505-5533
cr           +United Bank, Inc.,   2650 Grand Central Avenue,   Vienna, WV 26105-1353
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             CCAP Auto Lease Ltd
                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor Derek Edward DiMedio gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Joint Debtor Maria Theresa Moran gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Joshua I Goldman    on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keith J. Pappas    on behalf of Creditor   United Bank, Inc. kpappaslaw@labs.net, kjp1@labs.net
              Michael J Clark    on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE                             :
DEREK EDWARD DiMEDIO              : CASE NO.: 1:16-bk-01731
MARIA THERESA MORAN               :
       Debtors            : CHAPTER 13

## ORDER

Upon consideration of the Motion to Suspend Payments;

**IT IS HEREBY ORDERED AND DECREED** that the Debtors' payments under the Chapter 13 Plan are hereby reduced from one thousand seventy five ($1,075.00) per month to Zero Dollars ($0.00) for three (3) months from August 2017 through October 2017, and permitting the remainder of the payment to be made in a lump sum at the end of the Chapter 13 Plan.

By the Court,

Dated: September 6, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)