United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 16-01731-HWV
Derek Edward DiMedio  Chapter 13
Maria Theresa Moran
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4
Date Rcvd: May 26, 2023      Form ID: 3180W      Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Derek Edward DiMedio, Maria Theresa Moran, 730 Hillcrest Road, Hershey, PA 17033-1732 |
| aty | + | Keith J. Pappas, 176 Fayette Street, Morgantown, WV 26505-5533 |
| 4780767 | + | 1st Peoples Community, 153 Baltimore Street, Cumberland, MD 21502-2358 |
| 4789528 | ++ | ASCENDIUM EDUCATION SOLUTIONS INC, PO BOX 8961, MADISON WI 53708-8961 address filed with court:, Navient Solutions, Inc. on behalf of USAF, Attn: Bankruptcy Litigation Unit E3149, P.O. Box 9430, Wilkes-Barre, PA 18773-9430 |
| 4780768 | + | Allegheny Environmental Development, 730 Hillcrest Road, Hershey, PA 17033-1732 |
| 4780772 | + | Brewer Flooring, Inc., 7540 Allentown Boulevard, Harrisburg, PA 17112-4238 |
| 4780773 | + | Cenlar Loan Admin & Reporting, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 4792111 | #+ | Chris DiMedio, 3 Spring Oak Drive, Newtown, PA 18940-2528 |
| 4792112 | + | Fran Barrett, 1809 Stoneford Lane, Palmyra, PA 17078-8429 |
| 4780780 | + | Garrett County Commissioners, Garrett County Tax Office, 203 South 4th Street, Room 107A, Oakland, MD 21550-1591 |
| 4780781 | + | Imblum Law Offices PC, 4615 Derry Street, Harrisburg, PA 17111-2660 |
| 4780782 | + | Jesse Reid Sizemore, 11741 Beaver Pike, Jackson, OH 45640-9668 |
| 4780783 | + | Kennedy Krieger Institute, 707 North Broadway, Baltimore, MD 21205-1888 |
| 4825865 | + | Lakeview Loan Servicing, LLC, Cenlar FSB, 425 Phillips BLVD, Ewing, NJ 08618-1430 |
| 4974543 | | M&T P.O. Box 62182, Baltimore, MD 21264-2182 |
| 4974544 | | M&T P.O. Box 62182, Baltimore, MD 21264-2182, M&T P.O. Box 62182, Baltimore, MD 21264-2182 |
| 4792113 | + | Mark Haut, 68 Quail Road, Morgantown, WVv 26508-0939 |
| 4780766 | | PA Department of Revenue, Bureau of Individual Taxes, Dept 280431, Harrisburg, PA 17128-0431 |
| 4792114 | + | PotomacEdison, 75 South Main Street, A-RPC, Akron, OH 44308-1812 |
| 4780788 | + | Rush Services, Inc., PO Box 577, 1251 Mosser Road, Mc Henry, MD 21541-1104 |
| 4780796 | + | United Bank, 990 Elmer Prince Drive, Morgantown, WV 26505-3275 |
| 4780797 | + | United Bank Inc, 500 Virginia St E, Charleston, WV 25301-1079 |
| 4801422 | + | United Bank, Inc., 2650 Grand Central Ave., Vienna WV 26105-1353 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5064607 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | May 26 2023 18:53:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 4780771 | | Email/Text: bankruptcy@bbandt.com | May 26 2023 18:53:00 | BB&T, PO Box 1847, Attn: Bankruptcy, Wilson, NC 27894 |
| 4780769 | + | EDI: BANKAMER.COM | May 26 2023 22:53:00 | Bank of America, Nc4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 4780770 | + | EDI: TSYS2 | May 26 2023 22:53:00 | Barclays Bank Delaware, PO Box 8801, Wilmington, DE 19899-8801 |
| 4785727 | + | Email/Text: enotifications@santanderconsumerusa.com | May 26 2023 18:53:00 | CCAP Auto Lease LTD, P.O. Box 961275, Fort Worth, TX 76161-0275 |

| Recipient ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 4821584 | + EDI: WFNNB.COM | May 26 2023 22:53:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4780779 | Email/Text: Bankruptcymail@marylandtaxes.gov | May 26 2023 18:53:00 | Comptroller of Maryland, Revenue Admin Ctr, 110 Carroll Street, Annapolis, MD 21411 |
| 4780775 | + EDI: CITICORP.COM | May 26 2023 22:53:00 | Citibank North America, Citicorp Credit Srvs, PO Box 790040, Saint Louis, MO 63179-0040 |
| 4780776 | + EDI: CITICORP.COM | May 26 2023 22:53:00 | Citibank/Best Buy, Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 4780777 | + EDI: CITICORP.COM | May 26 2023 22:53:00 | Citibank/Goodyear, CitiCorp Credit Card Services, PO Box 790040, Saint Louis, MO 63179-0040 |
| 4780778 | + EDI: WFNNB.COM | May 26 2023 22:53:00 | Comenity Bank/Ann Taylor, PO Box 182125, Columbus, OH 43218-2125 |
| 4780765 | EDI: IRS.COM | May 26 2023 22:53:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 4780774 | EDI: JPMORGANCHASE | May 26 2023 22:53:00 | Chase Card Services, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 4818690 | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2023 19:05:05 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4816915 | + Email/Text: bankruptcydpt@mcmcg.com | May 26 2023 18:53:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4780784 | + EDI: NAVIENTFKASMSERV.COM | May 26 2023 22:53:00 | Navient, Attn: Claims Dept, PO Box 9500, Wilkes-Barr, PA 18773-9500 |
| 4814281 | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2023 18:53:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 4780786 | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2023 18:53:00 | PNC Bank, Attn: Bankruptcy, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 4780787 | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2023 18:53:00 | Pnc Bank, N.a., PO Box 3180, Pittsburgh, PA 15222 |
| 4825602 | EDI: PRA.COM | May 26 2023 22:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4780785 | + EDI: RMSC.COM | May 26 2023 22:53:00 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 4816191 | + Email/Text: bankruptcy@firstenergycorp.com | May 26 2023 18:53:00 | Potomac Edison, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 4799578 | EDI: Q3G.COM | May 26 2023 22:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4780789 | Email/Text: _Credit&Collections@suburbanpropane.com | May 26 2023 18:53:00 | Suburban Propane-2300, PO Box J, Whippany, NJ 07981 |
| 5161879 | + Email/Text: bncmail@w-legal.com | May 26 2023 18:53:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 5161878 | + Email/Text: bncmail@w-legal.com | May 26 2023 18:53:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 4780790 | + EDI: RMSC.COM | May 26 2023 22:53:00 | Syncb/country Home Pro, C/o PO Box 965036, Orlando, FL 32896-0001 |
| 4780791 | + EDI: RMSC.COM | May 26 2023 22:53:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 4780792 | + EDI: RMSC.COM | | |

| Recip ID | Bypass/EDI | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 26 2023 22:53:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 4780793 | + | EDI: RMSC.COM | May 26 2023 22:53:00 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 4780794 | + | EDI: RMSC.COM | May 26 2023 22:53:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 4816095 | + | Email/Text: bncmail@w-legal.com | May 26 2023 18:53:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4780795 | + | EDI: WTRRNBANK.COM | May 26 2023 22:53:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CCAP Auto Lease Ltd |
| cr | | M & T Bank |
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S, 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| cr | *+ | United Bank, Inc., 2650 Grand Central Avenue, Vienna, WV 26105-1353 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brandon D Pack | on behalf of Creditor PNC BANK N.A. brandon.pack@phelanhallinan.com brandon.pack@hotmail.com |
| Gary J Imblum | on behalf of Debtor 1 Derek Edward DiMedio gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Maria Theresa Moran gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |

| Name | |
|---|---|
| Joshua I Goldman | on behalf of Creditor Lakeview Loan Servicing LLC josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Keith J. Pappas | on behalf of Creditor United Bank Inc. kpappaslaw@labs.net, kjp1@labs.net |
| Michael J Clark | on behalf of Creditor Lakeview Loan Servicing LLC pabk@logs.com |
| Michael Patrick Farrington | on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com |
| Thomas I Puleo | on behalf of Creditor Lakeview Loan Servicing LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Derek Edward DiMedio<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7345<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Maria Theresa Moran<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3510<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:16–bk–01731–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Derek Edward DiMedio     Maria Theresa Moran

5/26/23

**By the court:** *[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2