**Fill in this information to identify the case:**

Debtor 1    Derek  Edward DiMedio

Debtor 2    Maria  Theresa Moran
(Spouse, if filing)

United States Bankruptcy Court for the: <u>Middle</u> District of <u>PA</u>

Case number   <u>16-01731 HWV</u>

## Form 4100R

# Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:    Mortgage Information

**Name of Creditor:**    Lakeview Loan Servicing, LLC          **Court claim no.** (if known):    18-1

**Last 4 digits** of any number you use to identify the debtor's account:    0964
**Property address:**

730 Hillcrest Road
Hershey, PA 17033

## Part 2:    Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                    $ _____

## Part 3:    Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:          06 / 01 / 2023

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a.   Total postpetition ongoing payments due: | (a) | $ _____ |
| b.   Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $ _____ |
| c.   **Total.** Add lines a and b. | (c) | $ _____ |

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on:

## Part 4:   Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:   Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**x** /s/ *Michael Farrington*            Date    05/30/2023

Michael Farrington
30 May 2023, 13:58:13, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

| | |
|---|---|
| IN RE: Derek Edward DiMedio<br>    Maria Theresa Moran<br>                      **Debtor(s)** | **BK NO. 16-01731 HWV**<br><br>**Chapter 13** |
| **Lakeview Loan Servicing, LLC**<br>                      **Movant**<br>    **vs.** | **Related to Claim No. 18-1** |
| **Derek Edward DiMedio**<br>**Maria Theresa Moran**<br>                      **Debtor(s)** | |
| **Jack N. Zaharopoulos**,<br>                      **Trustee** | |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>May 31, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Derek Edward DiMedio
730 Hillcrest Road
Hershey, PA 17033

Maria Theresa Moran
730 Hillcrest Road
Hershey, PA 17033

<u>Attorney for Debtor(s) (via ECF)</u>
Gary J. Imblum, Esq.
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
Standing Chapter 13 (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service:  electronic means or first-class mail.

Dated: <u>May 31, 2023</u>

                                     <u>/s/ Michael P. Farrington</u>
                                     Michael P. Farrington, Esquire
                                     Attorney I.D. 317240
                                     KML Law Group, P.C.
                                     BNY Mellon Independence Center
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA 19106
                                     215-627-1322
                                     mfarrington@kmllawgroup.com