United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                              Case No. 16-01731-HWV

Derek Edward DiMedio                                                Chapter 13

Maria Theresa Moran

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 10, 2023 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Derek Edward DiMedio, Maria Theresa Moran, 730 Hillcrest Road, Hershey, PA 17033-1732 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brandon D Pack | on behalf of Creditor PNC BANK N.A. brandon.pack@phelanhallinan.com  brandon.pack@hotmail.com |
| Gary J Imblum | on behalf of Debtor 2 Maria Theresa Moran gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 1 Derek Edward DiMedio gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

District/off: 0314-1

Date Rcvd: Aug 10, 2023

User: AutoDocke

Form ID: fnldec

Page 2 of 2

Total Noticed: 1

James Warmbrodt

    on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

Joshua I Goldman

    on behalf of Creditor Lakeview Loan Servicing  LLC josh.goldman@padgettlawgroup.com,
    angelica.reyes@padgettlawgroup.com;BKecf@padgettlawgroup.com

Keith J. Pappas

    on behalf of Creditor United Bank  Inc. kpappaslaw@labs.net, kjp1@labs.net

Michael J Clark

    on behalf of Creditor Lakeview Loan Servicing  LLC pabk@logs.com

Michael Patrick Farrington

    on behalf of Creditor Lakeview Loan Servicing  LLC mfarrington@kmllawgroup.com

Thomas I Puleo

    on behalf of Creditor Lakeview Loan Servicing  LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee

    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Derek Edward DiMedio,                     Chapter        13

**Debtor 1**
                                          Case No.       1:16−bk−01731−HWV
Maria Theresa Moran,

**Debtor 2**


Social Security No.:
                     xxx−xx−7345               xxx−xx−3510
Employer's Tax I.D. No.:


# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  August 10, 2023

**fnldec** (01/22)